THE LAW OFFICE OF
# NOOR A. SAAB

Noor A. Saab, Esq.*

\* Admitted in New York

380 N. Broadway, Ste 300
Jericho, New York 11753
Tel: (718) 740-5060 * Fax: (718) 709-5912
Email: NoorASaabLaw@gmail.com

QUEENS OFFICE
148-02 Hillside Ave
Jamaica, New York 11435

July 12, 2023

**BY ECF**
Honorable Judge Paul A. Engelmayer
United States District Court
Southern District of New York
500 Pearl Street, Room 230
New York, NY 10007

Re:   **Kevin Yan Luis v. Nelk USA, Inc. - Case No. 1:22-cv-10779-PAE**

To the Honorable Judge Paul A. Engelmayer,

Plaintiff submits this letter motion together with counsel for the Defendant, jointly and respectfully move this Court to stay all case deadlines and extend the order of conditional dismissal in this action for two (2) weeks from July 12, 2023, to July 26, 2023. This request will permit the parties to execute the agreement and bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those terms are complete, a voluntary dismissal will be filed. This is the first time Plaintiff seeks the relief requested.

The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

/s/ Noor A. Saab, Esq.

Noor A. Saab, Esq
*Attorney for the Plaintiff*

Granted. SO ORDERED.

_Paul A. Engelmayer_
PAUL A. ENGELMAYER
United States District Judge
July 13, 2023