Case 1:22-cv-10779-PAE-JLC   Document 23   Filed 09/07/23   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

KEVIN YAN LEWIS, on behalf of himself JLCand all others similarly situated,

                         Plaintiffs,

-against-

NELK USA, INC.

                         Defendant.

-----------------------------------------------------------x

Case No.    1:22-cv-10779-PAE-JLC

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff KEVIN YAN LEWIS ("Plaintiff") and NELK USA, INC. ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: 9/7/2023, 2023

The Law Office of Noor A. Saab, Esq.

By: _____
Noor A. Saab
380 North Broadway, Penthouse West
Jericho, NY 11753
Tel: (718) 740-5060
Email: noorasaablaw@gmail.com

*Attorneys for Plaintiff*

Paul Hastings LLP

By: _____
Kenneth W. Gage
200 Park Avenue
New York, NY 10166
Tel: (212) 318-6000
Email: kennethgage@paulhastings.com

*Attorneys for Defendant*

The Court directs the Clerk of Court to lift the stay and close this case.

SO ORDERED:

Dated: 9/8/23, 2023

_____
Paul A. Engelmayer
United States District Judge

1